UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTA SOBOTKA, individually and on behalf
of other similarly situated individuals,

      Plaintiff,

- against -

THEO CHOCOLATE, INC.,

      Defendant.
-------------------------------------------------------------X

**ENDORSED ORDER**

Case No. 2:23-cv-05474-RPK-ARL

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, against the Defendant, THEO CHOCOLATE, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

GABRIELLI LEVITT LLP

_[signature]_
Michael J. Gabrielli (MG-2421)
michael@gabriellilaw.com
2426 Eastchester Rd., Ste. 215
Bronx, New York 10469
(718) 708-5322

Dated: January 24, 2024

GORDON REES SCULLY MANSUKHANI

_[signature]_
Peter G. Siachos
psiachos@grsm.com
40 Calhoun Street, Ste. 350
Charleston, SC 29401
(843) 278-5900

Dated: January 24, 2024

**So Ordered: Date 1/26/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.**